[Criminal No. 79.]

TERRITORY OF ARIZONA, Respondent, v. R. B. MAY, Appellant.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Yavapai. Edmund W. Wells, Judge.

Baldwin & Johnston, and Stewart & Doe, for Appellant.

Francis J. Heney, Attorney-General, for Respondent.

PER CURIAM.—By authority of *Hunter* v. *Territory, ante,* p. 197, (decided at this term,) in which the same question was raised as to the jurisdiction of this court, the motion of the attorney-general to dismiss the appeal herein is allowed.

Hawkins, J., not sitting.